IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AXIS INSURANCE COMPANY, )<br>IRONSHORE SPECIALTY INSURANCE )<br>COMPANY, AND RSUI INDEMNITY )<br>COMPANY )<br>)<br>Defendants. )<br>_____ ) | Case No. 12-00445-CV-DW |

### Notice of Appeal To
### United States Court of Appeals
### for the Eighth Circuit

Notice is hereby given that Ironshore Specialty Insurance Company, Defendant, appeals to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on July 24, 2013 granting Axis Insurance Company's Motion for Summary Judgment and denying, in part, Ironshore's Motion for Summary Judgment.

    Respectfully submitted,

    MARTIN, PRINGLE, OLIVER,
     WALLACE & BAUER, L.L.P.

    /s/ B. Scott Tschudy
    B. Scott Tschudy  MO #46736
    4700 Belleview, Suite 210
    Kansas City, MO 64112
    T: 913-491-5500
    F: 913-491-3341
    E: bstschudy@martinpringle.com

PATTERSON LAW FIRM, L.L.P.

/s/ Michael S. Jones
Michael S. Jones  AT0003975
505 5th Avenue, Suite 729
Des Moines, IA  50309
T: 515-283-2147
F: 515-283-1002
E: mjones@pattersonfirm.com

*Attorneys for Appellant/Defendant*
*Ironshore Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to those parties designated with the Court to receive notification.

/s/ B. Scott Tschudy
Attorney