IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AXIS INSURANCE COMPANY, et al., ) <br> ) <br> Defendants. ) | Civil No. 12-0445-CV-W-DW |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict.** **T**his action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant Axis Insurance Company's Motion for Summary Judgment is granted. Defendant Ironshore Specialty Insurance Company's Motion for Summary Judgment is granted in part and denied in part, in that Axis' crossclaim is dismissed.


 July 24 , 2013                     Ann Thompson
Dated                               Clerk of Court

 August 8, 2013                     /s/ Alex Francis
Entered                              (by) Deputy Clerk