# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-2776
_____

Fellowship of Christian Athletes

Plaintiff - Appellee

v.

AXIS Insurance Company

Defendant - Appellee

Ironshore Specialty Insurance Company

Defendant - Appellant

RSUI Indemnity Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-00445-DW)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 11, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans