# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2776

Fellowship of Christian Athletes

Appellee

v.

AXIS Insurance Company

Appellee

Ironshore Specialty Insurance Company

Appellant

RSUI Indemnity Company

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-00445-DW)
_____

**MANDATE**

In accordance with the opinion and judgment of 07/11/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 04, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit